# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patrina Sankey

                                        Plaintiff,

v.                                                      Case No.: 1:19–cv–07510
                                                        Honorable Manish S. Shah

Nationwide Credit and Collections Inc.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

     MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [35], this case is dismissed with prejudice and with each party to bear its own attorney fees and costs. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.